## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>        *Plaintiff*,<br>v.<br><br>PERKINS COIE LLP,<br><br>        *Defendant.* | Case No. 3:23-cv-01877-L |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Having considered the parties' filings, the Court **GRANTS** Plaintiff's motion for a preliminary injunction. With respect to Perkins Coie LLP's 2024 1L Diversity Fellowship, Defendant shall not open the application window, select fellows, or otherwise operate the fellowship as currently structured until further order of the Court.

Dated: _____          _____
                                    Hon. Sam A. Lindsay