IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **AMERICAN ALLIANCE FOR EQUAL RIGHTS,** § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:23-CV-1877-L** |
| § | |
| **PERKINS COIE LLP,** § § § | |
| Defendant. § | |

# ORDER

Before the court is the Joint Motion to Extend Preliminary Injunction Briefing Schedule and Responsive Pleading Deadline ("Motion") (Doc. 19), filed September 13, 2023. The court **grants** the Motion and requested extensions as follows: (1) Defendant's deadline to respond to Plaintiff's Motion for Preliminary Injunction is **extended** to **October 9, 2023**; and (2) the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is **continued** to **21 days after the final resolution of the Motion for Preliminary Injunction, including interlocutory appeal, if any**.

**It is so ordered** this 14th day of September, 2023.

Sam A. Lindsay
United States District Judge

Order – Solo Page