# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>    *Plaintiff*,<br><br>v.<br><br>PERKINS COIE LLP,<br><br>    *Defendant*. | Case No. 3:23-cv-01877-L |

## STIPULATION OF DISMISSAL

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the following:

1. Plaintiff filed this suit on August 22, 2023, challenging Defendant's 1L and 2L Diversity Fellowships. Those fellowships required applicants to, among other things, be "members of a group historically underrepresented in the legal profession."

2. In response to Plaintiff's motion for a preliminary injunction, Defendant filed an opposition and attached sworn declarations from its managing partner, director of legal recruiting, and chief diversity and inclusion officer. *See* App'x (Doc. 30) at 4-7, 12-23. What follows comes from those sworn declarations.

3. In September 2023, Defendant's executive committee voted to replace the then-existing diversity fellowship programs with a single, new Diversity & Inclusion Fellowship Program.

4. Membership in a group historically underrepresented in the legal profession is not required under the new program. Defendant has no intention of reverting to a summer associate fellowship program that requires an applicant to be a member of a historically underrepresented group.

5. The new program does not ask or require applicants to identify their race when applying.

1

2

6. Under the new program, applicants' race is not among the factors that will be considered, except to the extent contemplated by the Supreme Court in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 600 U.S. 181, 230-31 (2023).

7. This case is hereby dismissed, with each side to bear its own fees and costs.

Dated: October 11, 2023

/s/ Jared D. Eisenberg
Jared D. Eisenberg
TX Bar No. 24092382
jeisenberg@lynnllp.com
Christopher J. Schwegmann
TX Bar No. 24051215
cschwegmann@lynnllp.com
Eric W. Pinker
TX Bar No. 16016550
epinker@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

Ishan K. Bhabha*
DC Bar No. 1015673
ibhabha@jenner.com
Lauren J. Hartz*
DC Bar No. 1029864
lhartz@jenner.com
Marcus A. R. Childress*
DC Bar No. 155843
mchildress@jenner.com
Erica Turret*
DC Bar No. 1735511
eturret@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Andrianna D. Kastanek*
IL Bar No. 6286554
akastanek@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant Perkins Coie LLP*

Respectfully submitted,

/s/ Cameron T. Norris
Thomas R. McCarthy
  (VA Bar No. 47154)
Cameron T. Norris*
  (TN Bar. No. 33467)
Tiffany H. Bates
  (VA Bar No. 94166)
Steven C. Begakis
  (VA Bar No. 95172)
James F. Hasson
  (TX Bar No. 24109982)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
tiffany@consovoymccarthy.com
steven@consovoymccarthy.com
james@consovoymccarthy.com

Adam K. Mortara
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Attorneys for Plaintiff*
*American Alliance for Equal Rights*

*pro hac vice