IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:23-CV-1877-L** |
| PERKINS COIE LLP, | § § § | |
| Defendant. | § § | |

## NOTICE

Before the court is the Parties' Stipulation of Dismissal ("Stipulation") (Doc. 31), filed October 11, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the Stipulation has been signed by all parties who have appeared, no court order is required, and this action and all claims asserted by or against the parties are **dismissed without prejudice** as a matter of course.[*]  Accordingly, no order of dismissal is necessary, and the court declines to issue one. Per the Stipulation, the Parties shall bear their own costs and attorney's fees.

**Filed** this 13th day of October, 2023.

Sam A. Lindsay
United States District Judge

---

[*] As the Stipulation did not state whether the dismissal was with or without prejudice, the court—out of an abundance of caution because parties in past cases did not state whether a dismissal was with or without prejudice and later requested the court to amend its order and dismiss the action with prejudice—directed its Judicial Assistant to contact counsel of the parties.

Notice – Solo Page